**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7233**

_____

ERIC SAMUEL,

                    Plaintiff - Appellant,

          v.

LORI D. PROCTOR, Public Defender; BOYD YOUNG, Public
Defender of the Charleston County Public Defender's Office;
CHARLESTON COUNTY PUBLIC DEFENDER'S OFFICE,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (3:07-cv-01586-PMD)

_____

Submitted:  January 15, 2009          Decided:  January 22, 2009

_____

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Samuel, Appellant Pro Se.  Stephen Lynwood Brown, Russell
Grainger Hines, Wilbur Eugene Johnson, YOUNG, CLEMENT & RIVERS,
LLP, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Samuel appeals the district court's order accepting the magistrate judge's recommendation to dismiss his civil rights claim, to exercise supplemental jurisdiction over Samuel's legal malpractice claim, and to grant Defendants summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Samuel v. Proctor, No. 3:07-cv-01586-PMD (D.S.C. June 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED